IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

JONATHAN J.J. FORD,            )
                               )
    Plaintiff,                 )
                               )
vs.                            )   CV 04-P-0323-M
                               )
OFFICER MAXIE, OFFICER BOWELL, )
OFFICER GARNER, OFFICER RUSSELL, )
OFFICER HANAN, OFFICER SANTA MARIA, )
OFFICER McMILLIAN, OFFICER MASTELLO, )
OFFICER GLADDEN, LIEUTENANT SANDERS,)
OFFICER MARTIN, OFFICER DEDRA WOODS, )
and OFFICER CAROLE HUNTER,     )
                               )
    Defendants.                )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 3, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 2nd day of July, 2004.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE